IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 13 |
| William C. Doyle | : |
| Debtor(s) | : Bankruptcy No. 16-13375 SR |

## ORDER

AND NOW, an Order Confirming Chapter 13 Plan dated January 11, 2017, having been entered in error, it is hereby:

ORDERED, that the said Order shall be and hereby is vacated; and the Chapter 13 Confirmation hearing is continued to February 8, 2017.

By the Court:

_Stephen Raslavich_
Stephen Raslavich
United States Bankruptcy Judge

Dated:    February 6, 2017

Michael P. Kelly, Esquire
Cowan & Kelly
202 Penns Square
Langhorne, PA 19047

William C. Doyle
225 Adeline Place
Langhorne, PA 19047

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street Suite 500
Philadelphia PA 19106