UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  William C. Doyle

: NO. 16-13375 sr

: CHAPTER 13

<u>Praecipe to Withdraw Response to Motion for Relief filed by SETERUS INC.</u>

To The Clerk:

Kindly withdraw Debtor's Response to the Motion for Relief.

By: /S/Michael P. Kelly