United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
William C Doyle  
      Debtor

Case No. 16-13375-sr  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi    Page 1 of 1    Date Rcvd: Feb 23, 2017  
Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db      +William C Doyle,    225 Adeline Place,    Langhorne, PA 19047-1459

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

     DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
     MICHAEL P. KELLY    on behalf of Debtor William C Doyle mpkpc@aol.com  
     POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
     THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     WILLIAM EDWARD MILLER    on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                     TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  William C. Doyle | | CHAPTER 13 |
| | Debtor | |
| M&T Bank | | |
| | Movant | |
| vs. | | NO. 16-13375 SR |
| William C. Doyle | | |
| | Debtor | |
| Frederick L. Reigle Esq. | | |
| | Trustee | 11 U.S.C. Sections 362 and 1301 |

**ORDER**

AND NOW, this         day of                  , 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 225 Adeline Place, Langhorne, PA 19047 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: February 23, 2017**

_____
United States Bankruptcy Judge.

William C. Doyle
225 Adeline Place
Bensalem, PA 19020

Michael P. Kelly Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532