United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-13375-sr
William C Doyle                                                     Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi               Page 1 of 2           Date Rcvd: Feb 24, 2017
                              Form ID: pdf900           Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2017.
```
db             +William C Doyle,    225 Adeline Place,    Langhorne, PA 19047-1459
cr             +M&T Bank,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,    Warrington, PA 18976-3400
13737343        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
13726359       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13726360      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
13822370       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
13726361       +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13726362       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13726363       +Chase Mort,    Po Box 24696,    Columbus, OH 43224-0696
13726364       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13726365       +Joshua Goldman,    KLM Law Group,    701 Market Street,    Ste 5000,    Philadelphia, PA 19106-1541
13732435       +M&T Bank,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13839282       +M&T Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13745158       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13726369       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13726370       +Suntrust Mortgage/cc 5,    1001 Semmes Ave,    Richmond, VA 23224-2245
13726371       +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
13726372       +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13726373       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
13742322       +William Doyle,    225 Adeline Place,    Langhorne, Pa 19047-1459
13764860        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 25 2017 02:13:55     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 25 2017 02:12:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 25 2017 02:13:32     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13726366       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 25 2017 02:12:16     Kohls/chase,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13726367        E-mail/Text: camanagement@mtb.com Feb 25 2017 02:12:22     M & T Bank,    1 Fountain Plz,
                 Buffalo, NY 14203
13734323        E-mail/Text: camanagement@mtb.com Feb 25 2017 02:12:22     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
13767591        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2017 02:07:26
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13726368*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court:  M&T Bank,    1 Fountain Plz,    Buffalo, NY 14203)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi              Page 2 of 2         Date Rcvd: Feb 24, 2017
                              Form ID: pdf900          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL P. KELLY    on behalf of Debtor William C Doyle mpkpc@aol.com
              POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO     on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD MILLER     on behalf of Creditor    M&T Bank wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                          TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: WILLIAM C. DOYLE                  :        Chapter 13
,                                        :
        Debtor(s).                       :        Bankruptcy No. 16-13375 - SR

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by Frederick Reigle, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

This chapter 13 bankruptcy case is **DISMISSED**.

Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

Any wage orders previously entered are **VACATED**.

Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

    7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. '1326(a)(2).

Dated: 2/23/17

STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE