**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :  NO.   16-13375 SR
WILLIAM C. DOYLE                                :
                                                :  CHAPTER 13


CERTIFICATION OF SERVICE

  I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Order

Dismissing Chapter 13 and Setting Deadline for Application for Allowance of

Administrative Expenses upon all priority creditors, all secured creditors, the Chapter 13

Trustee, the United States Trustee and on all other creditors and parties of interest on the

27th day of February, 2017, by electronic mail and/or first class mail, postage prepaid.



February 27, 2017                    /s/ Michael P. Kelly
                                     Michael P. Kelly, Esquire
                                     Attorney for Debtor(s)
                                     Suite 202 - Penn's Square
                                     402 Middletown Blvd.
                                     Langhorne, PA    19047
                                     (215) 741-1100
                                     fax (215) 741-4029
                                     email:  mpk@cowanandkelly.com