UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM C. DOYLE　　　　　　　　　　: NO. **16-13375**
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　: CHAPTER 13

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to the **ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

BY: */s/ Michael P. Kelly*
　　　MICHAEL P. KELLY, ESQ.
　　　202 PENNS SQUARE
　　　LANGHORNE, PA. 19047